UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NAT'L MORTGAGE ASS'N, | No. 2:13-cv-1154 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| DORIS JAIME, et al., | |
| Defendants. | |

On June 18, 2013, the undersigned issued findings and recommendations recommending that this case be remanded to the Yolo County Superior Court for lack of jurisdiction. ECF No. 4. On July 5, 2013, plaintiff Federal National Mortgage Association filed a statement of non-opposition to the findings and recommendations. On July 9, 2013, plaintiff filed a motion to remand, which it has set for hearing before the undersigned on August 14, 2013.

In light of the pending findings and recommendations, IT IS HEREBY ORDERED that:

1. The August 14, 2013 hearing on plaintiff's motion is vacated from calendar, and

////
////
////
////
////

1

   2. Plaintiff's July 9, 2013 motion to remand (ECF No. 6) is denied without prejudice.

DATED: July 16, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;fede1154.jo