UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NAT'L MORTGAGE ASS'N, | No. 2:13-cv-1154 MCE AC PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DORIS JAIME, et al., | |
| Defendant. | |

    Defendants proceed in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On June 18, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 18, 2013, are adopted in full; and

    2. Plaintiff's July 9, 2013 motion to remand is denied as moot; and

    3. This case is remanded to Yolo County Superior Court for lack of jurisdiction.

Date: August 05, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT